# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-2844

_____

Michael Dwain McConnell

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security[1]

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: February 22, 2017
Filed: February 27, 2017
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

_____

[1]Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Nancy A. Berryhill is substituted for Carolyn Colvin as the Acting Commissioner of the Social Security Administration.

Michael Dwain McConnell appeals the order of the district court[2] affirming the Commissioner's determination that he is not entitled to disability insurance benefits and supplemental security income, after his hearing before an administrative law judge. Upon de novo review, <u>see</u> <u>Perks v. Astrue</u>, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012), we are satisfied that the decision is supported by substantial evidence on the whole record. The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

————————————————

[2]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.